**Fung Wing LEE;  Brendan Chuan, Plaintiffs–Appellants,**

v.

**BMCY, INC.;  Trea C. Yip;  Richard Yip;  TYF Partnership, Ltd., Defendants–Appellees.**

No. 02–11227.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2003.

Maria Katina Karos, Crystal L. Landes, Bell, Nunnally & Martin, Dallas, TX, for Plaintiffs-Appellants.

David Mark Pyke, Wendy Donine Dawer, Pyke & Associates, Dallas, TX, for Defendants-Appellees.

Before REAVLEY, JONES and CLEMENT, Circuit Judges.

PER CURIAM:*

The Court has considered appellants' position after a review of the briefs and

---

* Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record excerpts and in light of the oral arguments. Having done so, we find no reversible error in the verdict or judgment.

AFFIRMED.